UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAY 21 2019

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| v. | Criminal No. | 3:19CR32 |
| DANNY DAVID WILT, | Violations: | 18 U.S.C. § 2252A(a)(2) |
| Defendant. | | 18 U.S.C. § 2252A(a)(5)(B) |
| | | 18 U.S.C. § 2252A(b)(1) |
| | | 18 U.S.C. § 2252A (b)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Distribution of Child Pornography)

On or between July 14, 2017 and July 18, 2017, in Mineral County, within the Northern District of West Virginia, and elsewhere, the defendant **DANNY DAVID WILT**, did knowingly distribute child pornography, that involves a visual depiction of sexually explicit conduct, where the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT TWO

(Possession of Child Pornography)

On or about August 16, 2017, in Mineral County, in the Northern District of West Virginia, defendant **DANNY DAVID WILT**, did knowingly possess matter containing an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, was produced using material that had been transported in interstate and foreign commerce by computer and that involved a pre-pubescent minor who had not attained 12 years of age and in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

(Sexual Exploitation of Children)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title18, United States Code, Section 2252A, including, but not limited to, Samsung D3 Station 4 Terabyte External Hard bearing Serial Number E3A4JJHF7008B7 seized from the defendant.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney